IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
NOV 16 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR263-MEF |
| ) | [21 USC 846; 21 USC 841(a)(1)] |
| BRUCE HUBERT CLARK, ) | |
| MICHAEL HEATH CLARK, and ) | |
| JEANETTE CLARK ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That from an unknown date, but commencing as early as the Spring of 2002, and continuing thereafter until on or about December 14, 2005, the exact dates being unknown to the Grand Jury, within the Middle District of Alabama, and elsewhere,

BRUCE HUBERT CLARK,
MICHAEL HEATH CLARK, and
JEANETTE CLARK

defendants herein, did knowingly and intentionally conspire, combine and agree together and with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT 2

In or about the 14th day of December, 2005, within the Middle District of Alabama,

BRUCE HUBERT CLARK,

defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

In or about March 31, 2005, within the Middle District of Alabama,

BRUCE HUBERT CLARK,

defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

In or about August 10, 2005, within the Middle District of Alabama,

MICHAEL HEATH CLARK,

defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Stephen P. Feaga, Sr.
Assistant United States Attorney