| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE                  DATE: November 29, 2006
❏ BOND HEARING
❏ DETENTION HEARING                   Digital Recording 4:27 - 4:50
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr263-MEF                     **DEFENDANT NAME:** Bruce Hubert Clark
**AUSA:** Stephen Feaga                        **DEFT. ATTY:** Patricia Kemp

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Terrence Marshall

Interpreter needed: ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest November 29, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❏Set for      DISCOVERY DISCLOSURE DATE: 11/30/06 |
| ❏ | WAIVER of Speedy Trial.     CRIMINAL TERM: 3/12/07 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

Court directs government to amend limits of punishment as to maximum limits in Count 1
Court directs USPTS to further investigate defendant's financial status.