## ++IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                           ) | Case No.: 2:06cr263-MEF |
| ) | |
| BRUCE HUBERT CLARK           ) | |

### MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE

COMES NOW the Defendant, Bruce Hubert Clark, by and through undersigned counsel, Jennifer A. Hart, and respectfully moves this Court for an Order extending the December 14, 2006 pretrial motions deadline. Specifically, undersigned counsel would ask that the deadline be extended to December 18, 2006, the date of the pretrial conference.  In support of this Motion, Defendant would show the following:

1. Discovery was provided by the government in this case on Friday, December 8, 2006. The discovery consists of 200 plus pages, six cassette tapes and two DVDs.

2. On Monday, December 11, 2006, the undersigned counsel was out of the office on sick leave.

3. As of today's date, undersigned counsel has not had the opportunity to review all of the discovery in the case in order to determine whether any pretrial motions are warranted.

4. This case is set for trial on the March trial term and thus the short extension should not necessitate a motion to continue in this case.

5. Government counsel was unavailable for comment on whether there was any opposition to this motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests that the

deadline for filing pretrial motions be extended to December 18, 2006.

    Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Steve Feaga, Assistant United States Attorney.

                      Respectfully submitted,

                      s/Jennifer A. Hart
                      **JENNIFER A. HART**
                      FEDERAL DEFENDERS
                      MIDDLE DISTRICT OF ALABAMA
                      201 Monroe Street, Suite 407
                      Montgomery, AL 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      jennifer_hart@fd.org
                      AL Bar Code: HAR189