IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR263-MEF |
| | ) | |
| BRUCE HERBERT CLARK | ) | |

**ORDER**

Upon consideration of defendant's motion to extend pretrial motions deadline (Doc. # 28), it is

ORDERED that the motion is GRANTED. The defendant may file pretrial motions on or before December 18, 2006.

Done, this 15th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE