| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** December 18, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:23 - 3:28 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr263-MEF | **DEFENDANT(S)** Bruce Hubert Clark, Michael Heath Clark |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | *  Jennifer Hart (Bruce Clark) | |
| Stephen Feaga | *  Dan Hamm (Michael Clark) | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   Motion to extend time to file pretrial motions has been filed

☐ **PLEA STATUS:**
   No plea negotiations
   Notice of intent to change plea to be filed on or before noon on 2/28/07

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**
   Counsel has been unable to reach defendants at this point.  Court directs counsel to keep trying to contact defendants and advise the court.