**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CR 2:06CR263-MEF-SRW |
| BRUCE HUBERT CLARK, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Comes now the undersigned attorney, and enters his name as attorney of record for Defendant Bruce Clark in the above styled cause.

> S/ DAVID S. LUKER
> ASB-6647-E32D
> ATTORNEY FOR THE DEFENDANT
> 2205 Morris Avenue
> Birmingham, AL 35203
> (205) 251-6666
> (205) 323-3240 – fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day December 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Stephen P. Fega

> S/ DAVID S. LUKER
> ATTORNEY FOR DEFENDANT
> DavidL@LukerLawPC.com