# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr263-MEF |
| ) | |
| BRUCE HUBERT CLARK ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned counsel, Jennifer A. Hart, and hereby moves this Honorable Court for an Order granting her motion to withdraw from representation of the defendant, Bruce Hubert Clark. In support of this motion, undersigned counsel would show:

1. Undersigned counsel was appointed to represent Mr. Clark in the above-styled cause on November 29, 2006, and filed her notice of appearance on December 6, 2006.

2. On December 21, 2006, David Luker, Esq., filed his notice of appearance on behalf of Mr. Clark.

WHEREFORE, premises considered, undersigned counsel hereby prays that her motion to withdraw as counsel for Bruce Clark in the above-styled cause be granted and an Order issued permitting her withdrawal.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**MOTION GRANTED**

THIS 21st DAY OF December, 2006

_____
UNITED STATES MAGISTRATE JUDGE