**COURTROOM DEPUTY'S MINUTES**            **DATE: February 20, 2007**

**MIDDLE DISTRICT OF ALABAMA**            **Digital Recording: 3:13 - 3:21**

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr263 - MEF**        **DEFENDANT(S) Bruce Hubert Clark, Michael Heath Clark,  Jeanette Clark**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Stephen Feaga | * David Luker (B. Clark) | |
| | * Dan Hamm (M. Clark) | |
| | * Tiffany McCord (J.Clark) | |
| | * | |

❑ **DISCOVERY STATUS:**
    **Completed - no problems**

❑ **PENDING MOTION STATUS:**

❑ **PLEA STATUS:**
    **Plea discussions and negotiations as to all defendants**
    **Likely plea - Bruce Clark & Michael Clark        Dismissal of charges  as to Jeanette Clark**
    **Notice of intent to change plea to be filed on or before noon on 2/28/07**

❑ **TRIAL STATUS**
    **Trial time - 2 ½ days**

❑ **REMARKS:**
    **Government's statements regarding plea offer to Michael Clark.**
    **Court's discussions with Michael Clark regarding his letter to the court regarding representation**
    **by Mr. Hamm.  Mr. Clark states he will be talking to Mr. Goggans about retaining him.  Michael**
    **Clark states to the court there  is no issue with  Mr. Hamm continuing to represent him should Mr.**
    **Goggans not be retained.**