**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO.:  CR 2:06CR263-MEF-SRW |
| | ) |
| **BRUCE HUBERT CLARK,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF INTENT TO ENTER A GUILTY PLEA

Comes now the Defendant, Bruce H. Clark, by and through undersigned counsel, and hereby gives Notice unto this Honorable Court of his intent to withdraw his initial plea of not guilty, and now enter a guilty plea in the above referenced matter.  Defendant Bruce Clark waivers his right to plead before of a district judge, and consents to do so before a magistrate judge.  A written plea agreement will be filed in this matter prior to the plea date.

**s/ DAVID S. LUKER
asb-6647-e32d**
ATTORNEY FOR THE DEFENDANT
2205 Morris Avenue
Birmingham, AL 35203
(205) 251-6666
(205) 323-3240
**DavidL@LukerLawPC.com**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Stephen P. Feaga

s/ DAVID S. LUKER
ATTORNEY FOR THE DEFENDANT