IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr263-MEF |
| | ) | |
| BRUCE HUBERT CLARK | ) | |

### AMENDED ORDER

For good cause, it is

ORDERED that the change of plea hearing previously set for 2:45 p.m. on March 5, 2007 be and hereby is re-scheduled for 8:30 a.m. on March 5, 2007. Defendant, BRUCE HUBERT CLARK, shall appear with counsel before the undersigned Magistrate Judge to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 27th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE