| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 5, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 8:49 - 9:04 |
| | COURT REPORTER: Risa Entrekin |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr263-MEF                    **DEFENDANT NAME:** Bruce Hubert Clark
**AUSA:** Stephen Feaga                           **DEFENDANT ATTORNEY:** David Luker

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Kevin Poole
Interpreter present? (√)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
      √ Guilty as to:
            √ Count(s):  1 of the Indictment
            √ Count(s):   2 & 3    ☐ dismissed on oral motion of USA
                                    √ to be dismissed at sentencing
√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment.
☐ **CRIMINAL TERM:**        ☐ **WAIVER OF SPEEDY TRIAL** filed.
            **DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond;
      ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
            ☐ Defendant requests time to secure new counsel