IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-263-MEF |
| | ) | |
| BRUCE HUBERT CLARK | ) | |
| MICHAEL HEATH CLARK | ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set in this case on August 13, 2007 is continued to August 16, 2007 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 8th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE