IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06CR263-MEF-1 |
| | ) |
| Bruce Hubert Clark, | ) |
| | ) |
|     Defendants, | ) |

## **CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Bruce Hubert Clark, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____none_____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

    7/29/07                                   S/ DAVID S. LUKER
      Date                                             Counsel

                                                            Bruce Hubert Clark
                                                Counsel for (print names of all parties)

                                             2205 Morris Avenue, B'ham, AL 35203
                                             Address, City, State Zip Code

                                                (205) 251-6666
                                             Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

    I, David S. Luker, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 29th of July, 2007, to:

    UASA. Stephen Feaga

| 7/26/07 | S/ DAVID S. LUKER |
|---|---|
| Date | Signature |