IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-263-MEF |
| | ) | |
| BRUCE HUBERT CLARK | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**
**FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. On November 16, 2006, a four-count indictment was filed in this Court charging Defendant with one count of violating 18 U.S.C. § 846 and two counts of violating 18 U.S.C. § 841(a)(1).

2. Defendant notified the United States of Defendant's intent to plead guilty to Count 1 sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty to Count 1 on or about March 5, 2007.

3. Therefore, pursuant to advisory United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be granted.

Respectfully submitted this the 13th day of August, 2007.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Stephen P. Feaga
>STEPHEN P. FEAGA
>Assistant United States Attorney
>131 Clayton Street
>Montgomery, AL 36104
>Phone: (334) 223-7280
>Fax: (334) 223-7135
>E-mail: steve.feaga@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-263-MEF |
| | ) | |
| BRUCE HUBERT CLARK | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: steve.feaga@usdoj.gov