IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-263-MEF |
| | ) | |
| BRUCE HUBERT CLARK | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
FOR SUBSTANTIAL ASSISTANCE**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, and moves for a downward departure, in the sentence of the above styled defendant, and as reasons therefore, submits the following:

1. The United States herein states that the defendant has made a good faith effort to provide substantial assistance in the investigation and prosecution of other persons who have committed criminal offenses in the Middle District of Alabama.

2. The nature and extent of the defendant's assistance includes providing truthful information to law enforcement authorities which has been useful in the investigation of others who are involved in illegal narcotics activities. The defendant is also willing to testify when and if called upon to do so.

3. The United States submits that the defendant has been truthful with the United States and to the law enforcement officers that he has been assisting and made his willingness to do so known at an early date.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure of five levels from the otherwise determined guideline level of 31 to a

guideline level 26 and to sentence the defendant within that range.

    WHEREFORE, the United States respectfully requests that this Motion be granted.

    Respectfully submitted this the 13th day of August, 2007.

                                         LEURA G. CANARY  
                                        UNITED STATES ATTORNEY

                                        /s/ Stephen P. Feaga  
                                        STEPHEN P. FEAGA  
                                        Assistant United States Attorney  
                                        131 Clayton Street  
                                        Montgomery, AL 36104  
                                        Phone: (334) 223-7280  
                                        Fax: (334) 223-7135  
                                        E-mail: steve.feaga@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO. 2:06-CR-263-MEF |
| | ) | |
| **BRUCE HUBERT CLARK** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                              Respectfully submitted,

                                              /s/ Stephen P. Feaga
                                              STEPHEN P. FEAGA
                                              Assistant United States Attorney
                                              131 Clayton Street
                                              Montgomery, AL 36104
                                              Phone: (334) 223-7280
                                              Fax: (334) 223-7135
                                              E-mail: steve.feaga@usdoj.gov